McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRMAL SINGH ) | No. 1:06-cv-00921 AWI -SMS |
| Plaintiff, ) | JOINT STIPULATION AND |
| v. ) | ORDER. |
| Michael Chertoff, Secretary of Homeland Security, at al. ) | |
| Defendants. ) | |

This is an immigration case in which plaintiff has requested that this Court compel the government to complete adjudication of plaintiff's application to adjust status to that of lawful permanent resident. The parties hereby stipulate to a stay in proceedings in the case. The parties agree to a rescheduling of the status conference to January 25, 2007, at 9am.

DATED: November 7, 2006           Respectfully submitted,
                                  McGREGOR W. SCOTT
                                  United States Attorney

                                   /s/ Audrey B. Hemesath
                                  Audrey B. Hemesath
                                  Assistant U.S. Attorney


                                  /s/ James Makasian
                                  James Makasian
                                  Counsel for the Plaintiff

-1-

1
2
3                                                         ORDER
4        Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
5  ORDERED that proceedings in the case are stayed and the status conference continued to
6
7  January 25, 2007 at 9am. before Judge Snyder.
8  IT IS SO ORDERED.
9  **Dated:   November 8, 2006**                         /s/ Sandra M. Snyder
   icido3                                            UNITED STATES MAGISTRATE JUDGE
10
11
...
28