```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  NIRMAL SINGH,                 )   1:06-cv-00921 AWI-SMS
                                  )
11        Plaintiff,              )
                                  )
12     v.                         )
                                  )   DEFENDANTS' REQUEST FOR A
13  MICHAEL CHERTOFF, et. al.,    )   CONTINUATION OF STATUS
                                  )   CONFERENCE AND PROPOSED ORDER
14        Defendants.             )
    _____)
15
```

16    The United States hereby requests a 60-day continuance for
17 the status conference currently set for January 25, 2007. This
18 request is based on the attached declaration of Assistant U.S.
19 Attorney Carolyn K. Delaney.

20 DATED: January 16, 2007              Respectfully submitted,

21                                      McGREGOR W. SCOTT
                                        United States Attorney
22
                                        /s/ Carolyn K. Delaney
23
                                        By
24                                      CAROLYN K. DELANEY
                                        Assistant U.S. Attorney
25 ///
   ///
26 ///
   ///
27 ///
   ///
28

1

Pursuant to the defendants' request, it is hereby **ordered** that the status conference currently set for January 25, 2007 be reset for **March 26, 2007 at 9:30 a.m. before Judge Snyder.**

IT IS SO ORDERED.

**Dated:   January 16, 2007**              /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE