UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRMAL SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Service, DAVID STILL, District Director of U.S. Citizenship and Immigration Service, and McGREGOR W. SCOTT, Attorney General of the U.S. Eastern District,<br><br>    Defendants.<br>_____/ | Case No: CV-F-06-921-LJO-SMS<br><br>**ORDER DISMISSING CASE WITH LEAVE TO AMEND PURSUANT TO 12(b)(6)**<br>(SUA SPONTE) |

This action was filed on July 18, 2006. The civil cover sheet refers to Nirmal Singh. On the same day, the Complaint was filed in the name of Nirmal Singh; however, the Complaint names someone else as Plaintiff who filed original documents with the United States Citizenship and Immigration Service in Nebraska. The Complaint (Doc. 2) reads as follows:

    1.    **Plaintiff is a native of Iran and a citizen of Yemen Arab Republic** who is applying for lawful permanent residence in the United States and who resides within the jurisdiction of this Court...

    4.    On or about July 02, 2003, the Plaintiff, **Mohamed Hassan Ahmed** filed an application for adjustment of status to permanent residence...**with Lincoln, Nebraska Service Center** (emphasis added).

1

The Complaint goes on to discuss other dates in which "Plaintiff" was interviewed by the government, inquired about his status, and how long he has waited to file this action.

In the Government's Answer to the Complaint (Doc. 12), the Government responds as follows:

> 1. Defendants admit that plaintiff has filed an application for lawful permanent residency...
>
> 4. Defendants admit that the plaintiff here filed an Application to Register Permanent Resident or Adjust States (*sic*) on July 2, 2003. Defendants note that Plaintiff identified an incorrect name as Plaintiff in this case. Defendants deny that the aforementioned application was filed in Lincoln, Nebraska.

After reviewing the complaint, this Court finds that there are no allegations that pertain to the named Plaintiff, Nirmal Singh. Accordingly, the Court *sua sponte* DISMISSES this action with leave to amend, pursuant to Fed. R. Civ. Proc. 12 (b)(6). See also Fed. R. Civ. Proc. 8(a) (a pleading which sets forth a claim for relief...shall contain...a short and plain statement of the claim *showing that the pleader is entitled to relief*)(emphasis added).

In addition, if a new complaint is filed, ultimately being followed by motions by the Government, those motions are required to include reasoned legal argument supported by law. See Fed. R. Civ. P. 11(b)(2) and (3); Loc. R. 78-230(b); *Rios v. Ziglar*, 398 F.3d 1201 (10th Cir. 2005)(to make a sufficient argument, a party must advance a reasoned argument and it must support its argument with legal authority); *Pelfresne v. Village of Williams Bay*, 917 F.2d 1017, 1023 (7th Cir. 1990) ("a litigant who fails to press a point in supporting it with pertinent authority, or by showing why it is sound despite a lack of supporting authority or in the face of contrary authority, forfeits the point); *People v. Schlosser*, 278 P. 898 (Cal. App. 1928) ("[I]t is [a lawyer's] duty to present the law and argument. This is one of the duties they assume upon their admission to the bar...where counsel will not take the time to point out the particular error ...and the law which he invokes, that we will not.") **The Court points this out because it has reviewed motions filed in this case, and they do not comply with this law and requirement.**

**IT IS SO ORDERED.**

**Dated:   March 29, 2007**                  /s/ Lawrence J. O'Neill
**b9ed48**                                   **UNITED STATES DISTRICT JUDGE**