UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRMAL SINGH, | Case No: CV-F-06-921-LJO-SMS |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE; ORDER TO CLOSE CASE** |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Service, DAVID STILL, District Director of U.S. Citizenship and Immigration Service, and McGREGOR W. SCOTT, Attorney General of the U.S. Eastern District, | |
| Defendants. | |

This action was filed on July 18, 2006. The civil cover sheet refers to Nirmal Singh; however, the Complaint names someone else as Plaintiff who filed original documents with the United States Citizenship and Immigration Service in Nebraska. On March 30, 2007, this Court *sua sponte* dismissed this action for failure to show that the pleader was entitled to relief (Doc. 28). In that order, Plaintiff was given an opportunity to amend the complaint. On April 25, 2007, this Court filed an Amended Order, setting the following guidelines:

1

**Plaintiff has until May15, 2007 to file an amended pleading.  If Plaintiff does not file an amended pleading on or before May 15, 2007, this case will be dismissed with prejudice and the case will be closed.**  (Doc. 29, p.2) (bold in original)

Plaintiff failed to file an amended complaint.  Accordingly, this action is DISMISSED WITH PREJUDICE.  The clerk is directed to CLOSE this case.

**IT IS SO ORDERED.**

**Dated:     May 16, 2007**                                     **/s/ Lawrence J. O'Neill**
                                                        **UNITED STATES DISTRICT JUDGE**